United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE FACUNDO, individually and on behalf of all others similarly situated; Plaintiffs, <br> v. <br> ALMEDA-GENOA CONSTRUCTION, Defendant. | § § § § § § § § | CASE NO. 4:19-cv-02721 |

## ORDER GRANTING JOINT MOTION FOR CONFIDENTIAL APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Confidential Approval of Settlement Agreement and Dismissal with Prejudice ("Motion"). For good cause shown, and as more fully explained below, the Motion is **GRANTED**. The Court finds that the settlement terms negotiated by the Parties and described in their Joint Stipulation of Confidential Settlement and Release ("Agreement") are a fair and reasonable resolution of a bona fide dispute between the FLSA Class Members (*i.e.*, the Named Plaintiff and those individuals who opted in to this action by filing a Consent to Join Collective Action) and Defendant, and that the settlement of the claims as to the FLSA Class Members according to the procedure set forth in the Agreement is therefore APPROVED.

It is ORDERED that all claims of the FLSA Class Members, including Plaintiff, against Defendant are DISMISSED WITH PREJUDICE; and

It is further ORDERED that the Agreement filed with the Motion will remain sealed.

SIGNED this _____ day of _____, 2021.

UNITED STATES DISTRICT JUDGE