United States District Court
Southern District of Texas

**ENTERED**

September 21, 2021

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE FACUNDO, individually and on behalf of all others similarly situated; Plaintiffs, | § § § § | |
| v. | § § | CASE NO. 4:19-cv-02721 |
| ALMEDA-GENOA CONSTRUCTION, Defendant. | § § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR CONFIDENTIAL APPROVAL OF ATTORNEY'S FEES

Before the Court is the Unopposed Motion for Confidential Approval of Attorney's Fees

("Motion"). For good cause shown, the Motion is **GRANTED**. The Court finds that the attorney's

fees and expenses of attorney Taft Foley are APPROVED.

It is further ORDERED that the Motion will remain sealed.

SIGNED this _20th_ day of ___September___, 2021.

UNITED STATES DISTRICT JUDGE